**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON V. SANTIBANEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>N. HOLLAND, et al.,<br><br>        Defendants.<br>_____ | NO. CV 10-9086-GAF (MAN)<br><br>ORDER ACCEPTING FINDINGS AND<br><br>RECOMMENDATIONS OF UNITED STATES<br><br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, defendants' Motion to Dismiss the First Amended Complaint ("Motion"), all of the records herein, the Report and Recommendation of United States Magistrate Judge ("Report"), and the Objections to the Report filed by defendants. The Court has conducted a *de novo* review of those portions of the Report to which objections have been stated in writing. The Court accepts the findings and recommendations set forth in the Report.

    IT IS ORDERED that: (1) the Motion is DENIED; and (2) defendants shall file and serve an Answer to the First Amended Complaint within twenty (20) days.

```
 1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
 2   the Judgment herein on all parties of record.
 3
 4        LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6   DATED:   March 17, 2012.
 7
 8                                          _____
                                                     GARY A. FEESS
 9                                            UNITED STATES DISTRICT JUDGE
```